# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO TAVARES, on behalf of himself and similarly situated employees, | : : : : | 1:13-cv-1313 |
| Plaintiffs, | : : | Hon. John E. Jones III |
| v. | : : : | |
| S-L DISTRIBUTION CO, INC., and S-L ROUTES, LLC, | : : : | |
| Defendants. | : | |

## ORDER

**May 2, 2016**

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's unopposed Motion for Final Approval of the Class Action Settlement (Doc. 122) is **GRANTED** as set forth in the Court's Memorandum.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

 s/ John E. Jones III
John E. Jones III
United States District Judge